

FILED
MAY 15 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

United States of America

    Plaintiffs

v.                                                       1:08cv1207 (JCC/JFA)

$25,000 in U.S. Currency

    Defendant.

## ORDER

Upon consideration of the March 9, 2009, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within ten days, and upon an independent review of the record[1], and for reasons stated in open court it is hereby

ORDERED that the court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge. The Clerk of Court shall enter default judgment in favor of the Plaintiff United Stated of America and that an order of forfeiture be entered declaring that the $25,000 in funds seized from Ms. Dobbs be forfeited to the United States of America pursuant to 18 U.S.C.§ 881(a)(6) and that the Attorney General, or a designee, be authorized to seize the forfeited funds and take and exclusive custody and control of those funds once the other order becomes final.

The Clerk shall forward copies of this Order to all counsel of record and pro-se parties.

                                                       /s/
                                         James C. Cacheris
                                         United States District Judge

Alexandria, Virginia
May 15, 2009

---

[1] Fentrice A. Dobbs has indicated that she has withdrawn her Petition for Remission that was faxed to the Clerks Office on March 20, 2009.